UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

'08 CIV 3596

|  |  |
|---|---|
| Baby Bean Productions LLC, Plaintiff, | Case No. _____ |
| -v- | **Rule 7.1 Statement** |
| Quicksilver, Inc., Defendant. |  |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Plaintiff_____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: 4/15/2008

Signature of Attorney

Attorney Bar Code: JS1243

Form Rule7_1.pdf  SDNY Web 10/2007