```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
Baby Bean Productions LLC,

    Plaintiff,

                  v.

Quicksilver, Inc.,

    Defendant.
------------------------------------------------------x

08-cv-03596 (PKC)

NOTICE OF DISMISSAL

Plaintiff hereby dismisses the present action pursuant to Fed. R. Civ. P. 41(a)(1) as to all causes of action against Defendant. Defendant has not answered the instant complaint nor filed any motion for summary judgment as to any cause of action.

Respectfully submitted,
Baby Bean Productions LLC
by its attorney,

Jeffrey Sonnabend (JS1243)
SonnabendLaw
600 Prospect Avenue
Brooklyn, NY 11215-6012
718-832-8810
JSonnabend@SonnabendLaw.com

Dated: May 23, 2008

SO ORDERED
_____
U.S.D.J.
5-28-08